**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| DJ Joseph St. John, | ) | |
| | ) | Case No. 1:06-cr-061 |
| Defendant. | ) | |

Special Condition (4)(d), as set forth in the Modified Order Setting Conditions of Release (Docket No. 34), shall be modified as follows:

Defendant shall reside at the Bismarck Transition Center, Centre, Inc., or other residence as designated by the Pretrial Services Office and abide by all rules and regulations which these facilities may set forth in connection with the defendant's presence.

All other conditions of release remain in effect.

**IT IS SO ORDERED.**

Dated this 3rd day of January, 2007.

/s/  Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge